

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2 (c)**

In the Matter of
Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Attorney for Debtor
(732) 238-8777
Robert C. Nisenson
RCN 6680

Cynthia B. Palmer

                        Debtor.

**Order Filed on February 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 20-10265
Chapter   13
Judge:    Michael B. Kaplan

## ORDER TO CONTINUE BANKRUPTCY STAY

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: February 6, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case:  20-10265-MBK |
| | : | Chapter 13 |
| Cynthia B. Palmer | : | |
| | : | |
| | : | **ORDER TO CONTINUE STAY** |
| Debtor. | : | |
| | : | |
| _____ | : | |

This matter having been opened to the Court by Robert C. Nisenson, Esq., of  the

Law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for an

Order to Continue Stay and the Court having considered all supporting and opposing

papers, if any, and good cause appearing for the entry of this Order;

It is on the            day of              , 2020;

**ORDERED** that the continue stay shall continue with respect to all legal

proceeding against the Debtor and stay all foreclosure sales; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within

_7_ days of the date hereof.