UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2 (c)

In the Matter of
Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Attorney for Debtor
(732) 238-8777
Robert C. Nisenson
RCN 6680

Cynthia B. Palmer

                Debtor.

Order Filed on February 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-10265
Chapter   13
Judge:    Michael B. Kaplan

# ORDER TO CONTINUE BANKRUPTCY STAY

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: February 6, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case:  20-10265-MBK |
| | : | Chapter 13 |
| Cynthia B. Palmer | : | |
| | : | |
| | : | **ORDER TO CONTINUE STAY** |
| Debtor. | : | |
| | : | |
| _____ | : | |

This matter having been opened to the Court by Robert C. Nisenson, Esq., of the Law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for an Order to Continue Stay and the Court having considered all supporting and opposing papers, if any, and good cause appearing for the entry of this Order;

It is on the            day of              , 2020;

**ORDERED** that the continue stay shall continue with respect to all legal proceeding against the Debtor and stay all foreclosure sales; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within   7   days of the date hereof.

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                            Case No. 20-10265-MBK
Cynthia B Palmer                                                  Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1           Date Rcvd: Feb 06, 2020
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2020.
db              +Cynthia B Palmer,    7 Traci Lane,    Piscataway, NJ 08854-5422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN
               ASM&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor Cynthia B Palmer r.nisenson@rcn-law.com,
               doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4