Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−10265−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Cynthia B Palmer
  7 Traci Lane
  Piscataway, NJ 08854

Social Security No.:
  xxx−xx−0403

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/29/20.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

  This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 30, 2020
JAN: dmi

                                        Jeanne Naughton
                                        Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 20-10265-MBK
   Cynthia B Palmer                                                 Chapter 13
                Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2          Date Rcvd: Apr 30, 2020
                              Form ID: 148               Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2020.
db             +Cynthia B Palmer,    7 Traci Lane,    Piscataway, NJ 08854-5422
aty            +Mariner Finance, LLC, c/o William E. Brewer, Esq.,    PO Box 1001,    Marmora, NJ 08223-5001
518653572      +Atlantic Federal Cred,    37 Market St,    Kenilworth, NJ 07033-1761
518687938      +MARINER FINANCE,   8211 TOWN CENTER DRIVE,    NOTTINGHAM, MD 21236-5904
518653576      +Manufacturers & Traders Trust Com/M&T Ba,     C/O KML Law Group, PC,
                 216 Haddon Avenue Suite 406,    Westmond, NJ 08108-2812
518742760     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
518653579      +TD/Target National Bank,    3901 West 53rd St,    Sioux Falls, SD 57106-4221
518763238      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 30 2020 23:21:45     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 30 2020 23:21:43     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518653570      +EDI: GMACFS.COM May 01 2020 02:43:00     Ally Financial,   Attn: Bankruptcy,   PO Box 380901,
                 Bloomington, MN 55438-0901
518696203       EDI: BECKLEE.COM May 01 2020 02:43:00     American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,   Malvern  PA 19355-0701
518653571      +EDI: AMEREXPR.COM May 01 2020 02:43:00     Amex,   Correspondence,   Po Box 981540,
                 El Paso, TX 79998-1540
518653573      +EDI: BANKAMER.COM May 01 2020 02:43:00     Bank of America,   4909 Savarese Cir,
                 Tampa, FL 33634-2413
518653575       EDI: IRS.COM May 01 2020 02:43:00     IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
518749204       EDI: BANKAMER.COM May 01 2020 02:43:00     Manufacturers and Traders Trust Company, et al,
                 c/o Bank of America, N.A.,    PO Box 31785,   Tampa, FL 33631-3785
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518653574*     +Bank of America,   4909 Savarese Cir,    Tampa, FL 33634-2413
518699135*     +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
518653577*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    PO Box 245,   Trenton, NJ 08695)
518653578*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    PO Box 245,   Trenton, NJ 08695)
                                                                                TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Apr 30, 2020
                              Form ID: 148             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2020 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN
               ASM&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert C. Nisenson     on behalf of Debtor Cynthia B Palmer r.nisenson@rcn-law.com,
               doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William E. Brewer     on behalf of Attorney    Mariner Finance, LLC, c/o William E. Brewer, Esq.
               williambrew@gmail.com,   brewerwr96836@notify.bestcase.com
                                                                                             TOTAL: 5